[No. 9454–1–II.   Division Two.   June 2, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
STEVEN IRVEN DEWALT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–01162–9, D. Gary Steiner, J., entered December 20, 1985. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.

[No. 8510–1–II.   Division Two.   June 2, 1987.]

STEPHEN DALE LINDSAY, *Respondent,* v. ST. JOSEPH HOSPITAL AND HEALTH CARE CENTER, INC.,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–00271–6, Nile E. Aubrey, J., entered February 1, 1985. *Reversed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.